UNITED STATES DISTRICT CCURT

_____

| Mr. Chappell T. Fladger 683 |

| Mr. Justin Rubio |

|            V.          |                              COMOPLAINRT

|                        |                              CIVIL ACTION NO.

|                        |

| Comm. Victoria Kahuna  |

| Comm. Judith Persichilli |

| Gov. Phil Murphy       |

| Dept. of Corr. Of New Jersey |

| Special Treatment Unit |

| Dr. Doreen Stanzione   |

| Mrs. M. Madru          |

|Mrs. J. Ottino          |

|Mrs. Y Cornell          |

| Mrs. Klose et al.      |

)

I JURISDICTION & VENUE

1. This is civil action authority by 42. U.S.C. Section 1983 to redress the deprivation under color state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Middlesex County Court is an appropriate venue under 28. U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

LL Plaintiff

3. Plaintiff Chappell T. Fladger 683 & Justin Rubio, is and was at all times mentioned herein civilly committed of the State of New Jersey in the custody of the New Jersey Dept. of Correction Comm. Victoria Kahuna. She is currently confined in Special Treatment Unit, Avenel, New Jersey.

III. Defendants

4.      Defendant, Comm. Victoria Kahuna is the Director Commissioner of the state of New Jersey Dept. of Corrections. She is legally responsible for the overall operation of the Department and each institution under its jurisdiction, including Special Treatment Unit.

5.  Defendant, Mr. Courtland is the superintendent\warden of the Special treatment Unit .He is legally responsible for the operation of Special Treatment Unit and for the welfare of all the residents in the Treatment Facility.

6.  Defendant, Senior Police Corrections Officers Lukesazewski, Banks, Forster, RoOdriguez,Gil;bert, Sgt. Eure, and Sgt. Socolof, Sgt. T. Walker, And Lt. Jane Doe, is a Correctional officers of the New Jersey Department of Corrections who, at all times mentioned in this complaint, held the rant of Mailrooms Officers and was assigned to Special Treatment Unit (S.T.U.).

7.  Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

IV. FACTS

8.      On Friday, 09/13/2019, at, approx. 6:30p.m. I sent a personal letter to another resident, through the mail for 7:30a.m. pick up, when the mailroom workers went through the envelope, by opening up the envelope and taking out the letter reading it, showing it to the person I sent it to, tarring it up, and then trashing it away.

9. Sgt. J. Solcolof, is that enough evident to prove that the mailroom is tampering with my mail. No One is to open up a sealed envelope and go through it to read a personal letter that I have written in privet.

## Misconduct

10.      On this day and time, 12/30/22, I also, notice that my communication contact person was deleted from my JPay Player. I had some in- formation on the player where I had saved under the Colum Outbox, where that I was planned to send out to her and ask of her to save for when I ask her for it.

11.      On January 03/2023, at, approx. 2:30p.m. I saw SID Investigators concerning this matter; they questioned me about writing to Miss. Sheila Barker, a letter asking her to help Mr. Jimmy Grushack, to paying his debt. Administration Staff members and SID, misconducted their duties of violating my First Amendment; Fourth Amendment; Eighth Amendment; and the Fourth teeth Amendment; and Federal Law, by deleting my personal contact person.

12.      On this day and time, 01/10/22, at, approx., 12:30p.m. The mailroom Officer John Doe, arrived at my cell door on the South Unit, and told me to take off the priority mail sticker of the envelope for I do not have any funds in my account. I am under the impression that department of corrections have to mail out your legal mail only, when that the resident is indigent.

B. The Defendant(s)
   Provide the information below for each defendant named in
   the co9mplaint,wether the defendant is an individual, a
   government agency, an organization, or a corporation. For
   an individual defendant, include the person's job or title
   (if known) and check whether you are bringing this
   complaint against them in their individual capacity or
   official capacity, or both. Attach additional pages if
   needed.

Defendant No.1

Name Acting Commissioner Victoria kahuna et al.

Job or Title (if known) Co Acting Commissioner Victoria
kahuna

                                    3 of

125 West State Street

Trenton, New Jersey 08625

County   Middlesex

Telephone Number Unknown
E-mail Address   Unknown
Individual Capacity
Defendant No.2
Name Commissioner Judith Persichill
Job Title. Commissioner of Mental Health
Address 125 West State Street
City    Trenton, State New Jersey Zip Code 07001
County   Middlesex
Telephone Number Unknown
E-mail Address Unknown
            Both Capacities
Defendant No.3
Name Governor Phil Murphy
Job Title: Acting Governor of New Jersey
Address 125 West State Street
        Trenton, New Jersey 08628
County Middlesex
Telephone Number Unknown
E-mail Address Unknown

Individual Capacity

Defendant 'No.4
Name Mrs. Doreen Stanzone
Job Title: Clinical Director
Address 8 Production Way
Avenel, New Jersey 07001

4.

11. On the 12, of November, 2021, I was taken to St. Frances Medical Center in Trenton New Jersey 08628 or 25, for a head scan. About 8:00 a.m.

12. On approximately November 05, 20121 9:00 a.m. and 10:30 a.m. Investigators Conway, and his coworkers interviewed me , and I was told by a Second sift Sgt. John Doe, and my program coordinator Mrs. Madru at the time mentioned , have reviewed the security footage and found No witnesses and wasn't assaulted .

13. The Second shift Sgt. Grossoff, Have told me that the footage was reviewed by (SID)Special Investigation Division, from seven different angles , from Ten feet away where I was and there are Elven security cameras on the South Unit . If they would have viewed the footage they would have found witnesses and seen that I was assaulted on the date in questioned.

14. Upon information and belief because of investigator's Conway, and his coworkers making the statement "that they have reviewed the security footages from seven deferent angels ", and them not finding No witness, and evidence of me being assaulted on the day in questioned.

15. They have conducted an Official Misconduct of not following their duties und the color of law violating my civil rights, Liberty Rights, and Medical Rights, of the USA. Constitution.

16. Upon talking to my stand by consoler Mr. Alfred Engilhofer, asking him too server the security footage, for my lawsuit he fails to doing so giving an excuse of" they do not have the footage any more". Conducting an inefficient Counseling.

17. Mr. Alfred Engilhofer, every time I gave his office a call to discuss this matter with him he would not follow up with my requests too e-mailing or calling the Administration Superintendent/Warden, he would state to me "We Do N0t Represent you in your lawsuit, we only represent clients for Civil Commitment ", and you are not our client for you wanted to represent yourself.

18. On the following dates and these are not all the dates, where I reported that I was assaulted and was placed on restrictive custody, along with the pepper trader and after finding out that I am, telling the truth of what I have reported .

under section 1983, explain how each defendant acted under
Color of state or local law. If you are suing under Bivens,
                    5 of
E. explain how each defendant acted under color federal law.
Attach additional p[ages if needed.

Defendant No.5

<u>Mr. M. Main</u> Name

<u>Job Title: Former Clinical Director</u>

Address <u>8 Production Way</u>

<u>Avenel, New Jersey 07001</u>

County <u>Middlesex</u>

Telephone Number <u>(732) 574-2250</u>

E-mail Address    <u>Unknown</u>

<u>Individual Capacity</u>

<u>Defendant No. 6</u>

Name <u>Dr. Carter</u>

Job Title: Clinical Psychologist

Address <u>8 Production Way</u>

County <u>Middlesex</u>

Telephone Number <u>(732) 574-2250</u>

E-mail Address    <u>Unknown</u>

<u>Individual Capacity</u>

<u>Defendant No.7</u>

Name <u>Dr. Nicole Waldron</u>

Job Title: <u>Clinical Psychologist</u>

Address 101 Sullivan Way

<u>Trenton, New Jersey 08628</u>

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to me,

Defendant No.5

Mr. M. Main Name

Job Title: Former Clinical Director

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

 Individual Capacity

Defendant No. 6

5 of

Name Dr. Carter

Job Title: Clinical Psychologist

Address 8 Production Way

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

Individual Capacity

Defendant No.7

Name Dr. Nicole Waldron

Job Title: Clinical Psychologist

Address

County Mercer

Telephone Number (609)

E-mail Address Unknown

County Mercer

Telephone Number (609) 633-1500

E-mail Address Unknown

Individual Capacity

Defendant No.8

Name Dr. Even Fibush

Job Title: Clinical Psychiatrist

Address 101 Sullivan Way

Trenton, New Jersey 08628

County Mercer

Telephone Number (609)

E-mail Address    Unknown

Individual Capacity


Defendant No.9

Name Colleen Fitzgerald

Job Title: Social Worker

Address 1509 Stuyvesant Ave.

West Trenton, New Jersey 08625

County Mercer

Telephone Number (609) 633-3000

E-mail Address    Unknown


Individual Capacity

Defendant No. 10

Name Dr. Nicole Crump

Job Title: Clinical Psychologist

6 of

Address 1509 Stuyvesant Ave.

West Trenton, New Jersey 08625

County   Mercer

Telephone Number   (609)633- 3000

E-mail Address   Unknown

Individual Capacity

Defendant No.11

Name DR. Rizve

Job Title: Clinical Psychiatrist

Address 1509 Stuyvesant Ave.

Wes Trenton, New Jersey 08625

County Mercer

Telephone Number (609)663- 3000

E-mail Address Unknown

Individual Capacity

Defendant No.12.

Name Dr. Sobin

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 0701

County Middlesex

Telephone Number (732) 574-2250

E-mail Address Unknown

Individual Capacity

Defendant No. 13.

Name Dr. Dunbar

7 of

Job Title: Clinical Psychologist

Name Ms. Y. Cornnile

Job Title: Former Program Coordinator

Address 8 Production Way

County Middlesex

Telephone (732)574-2250

E-Mail Address Unknown


8 of

III Statement of Claims:


State briefly as possible the facts of your case.

Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may which to include further details such as the name of other persons involved in the event giving rise to your claim. Do not cite any case or status? If more than one claim is asserted number each claim in a separate paragraph. Attach additional pages if need.

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to


me, to me sending out personal legal letters to another resident, to not receiving legal mail, to sending out legal mail to an attorney and he haven't received them, and on June 25,2022 I had a slip and fall on my housing unit, I was escorted to the fernery of the Annex Medical Unit. On June 27, 2022 the nurses had me in cell 3 laying in urination from 6:00a.m. Until approx. 5:00 P.M. that evening without allowing me to wash or them washes me.


On July 2, 2022 the D. Wing Medical Housing Officer B. Koonce, and another Officer John Doe, turned off my power to my cell for every medical and DOC. Staff are aware of me having sleep at mea and that whenever I sleep I need to use a Ce Pap.

On July 05, 2022

On July 04, 2022 approximately , between 4:00 to 6:00 P.M. Sgts C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to resident like me on the ADA Unit D. Wing, for Medical & Mental Disabilities being restricted to a phone restriction signup sheet that I do not sot on any other Unit, North, South, East, West, A.B.C. and D. Dorms.

9 of

On July 05, 2022 approximately, between 4:00 to 6:00 P.M. Sgt's C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On 04/5/2021 approximately; at, 9:30a.m. - 10:30 a.m. Senior Correction Police Officer Matthews, Senior Correction Police Officer

D.Williams, the Medical Department, Mental Health

Administration Staff members and SID, misconducted their duties of violating my First Amendment; Fourth Amendment; Eighth Amendment; and the Fourth teeth Amendment; and Federal ADA Act. I was asked to take a spit test and I refused and they locked me in my cell, they should not have the right to lock me in my cell for a consequent.

The Medical Department are misconducting medical treatment for they are refusing to order me the following Medical Devices such as:

A Wheelchair, Walker, a seat for the Wheelchair, a tray for the walker, bag for the walker and wheelchair. The Medical staff are violating my Federal ADA, Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being

restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On this day and time, June 25, 2022, the medical staff had me lying in the bed in urine from 6:00 a.m. to approximately 5:00 p.m.

That evening, on this day and time, June 27, 2022 the medical staff and the correctional officers had me in the cell around urine and feces from 8:00 p.m. to 10:00 a.m. the next morning.

10 of

The Mailroom Officer Rodriguez, Officer Lukesazewski, Officer Banks, Officer Forster, Sgt Eure, and Sgt. J. Socolof, of the Special Treatment Unit, are misconducting the Mailroom, by Mail Theft, Mail Tampering, and Mail Fraud. On multiple occasions the above Officials Mailroom Officers have not been delivering my mail to me or mailing to the addressee, this is also including legal mail that I have set out.

This past January, I have order some free supplies, from the Unit States Postal Service, and I did not receive any of them. Also I made an order with JPay for a JPay Tablet, on January 20, 2022 and here it is July 17,2022 and I have not received the tablet as of yet. I have given JPay.com a call and they have told me that it takes the device

45 to 60 business days to receive that would put you at around April or May of 2022.

On this day and time, July 14, 2022, I was to receive copies of Grievance Reverences where I have requested copies of and haven't received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.
11 of
Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy

Gurshack, beet me to the phone, his phone time had ended, he
answered the phone and started to talk, I went to grab the phone
from out of his hand, Officer Parsed, asked us to lock in. I
refused to lock in because I knew that I was in the right.
Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not
assault Mr. Gurshack, then multiple Officers came to the officer
rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs.
Lee, and I was set back to D. Wing, to be placed on TCC camorra
movement only.              11 of


On this day and time, July 11, 2022, approximately, around
8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the
transportation Van, for to take me to St France Medical Center for a
medical trip. Before He came to escort me to the van, I asked Sgt.
John Doe, if I could take a shower before going on the trip, he
refused to allowing me to take that shower or changing my clothing.
This is captured on the security video footage.


On February 1, 22, is the response from Mr. Jeffery Crothers from me
filing a claim for missing property. The results of the claim are
denied for there was no cause for action needed from the NJDC. The
claim is invalid for the following reason: 1. No proof of negligence
on the part of ADTC/STU Staff. I believe that the reason that this
matter was invalid from the Assistant Superintendent Mr. Jeffery
Crothers, because 1. I have placed this claim in way before Mr.
Crothers, became assistant superintendent of the ADTC/STU. 2. I have
given them plenty of evidence's for proof that ADTC/STU staff are at
negligence in this matter. This statement is made for Claims # 102 -
104.

The Plaintiff Chappell T. Fladger, would like to file the
following reference grievances: On 12/23/21; STU2100754;
12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21;
STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354;
12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21;
STU21007287; 12/10/21; STU21007280; 12/23/21,

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T.
Fladger Approached Two Sgt's, Sgt, Burke, and a co-worker of his
I showed them an order signed the Hon. Edward S. Kiel, showing a
deadline that the deadline has been extended to January 07,2022,
I then asked them to have a Social Worker or Notary person to
come to the South Unit, and notarize my documentations

received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.

11 of

Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy Gurshack, beet me to the phone, his phone time had ended, he answered the phone and started to talk, I went to grab the phone from out of his hand, Officer Parsed, asked us to lock in. I refused to lock in because I knew that I was in the right. Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not assault Mr. Gurshack, then multiple Officers came to the officer rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs. Lee, and I was set back to D. Wing, to be placed on TCC camorra movement only.

On this day and time, July 11, 2022, approximately, around 8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the transportation Van, for to take me to St France Medical Center for a medical trip. Before He came to escort me to the van, I asked Sgt. John Doe, if I could take a shower before going on the trip, he refused to allowing me to take that shower or changing my clothing. This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me filing a claim for missing property. The results of the claim are denied for there was no cause for action needed from the NJDC. The claim is invalid for the following reason: 1. No proof of negligence

12 of

On 12/21/21, The South Unit on Quarantine, so they had locked down the unit, that meant that I was in my cell in this unhealthy condition and I had to eat my food in this condition.

On 12/14/21, My player is unresponsive, and I am looking for to have it sent back to you, under warranty. How do I send it back to you.

On 12/14/21 JPay Response:

Thank you for contacting JPay Support Representatives. Your request all of the attention it deserves. Every request is reviewed on a first come first serve basis, and appreciate your patience while we reach your issue. We know how inconvenient waiting for a reply can be.

13 of

You have our commitment that our support team is doing everything we can to minimize delays. Thank You and you'll be hearing from us soon.

Response:

This request has already been addressed Written By A. Varriale:

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:

STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical, he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.

14 of

I gave Mr. Fancies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:


STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical, he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.


I gave Mr. Farcies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to

15 of

IV INJURY NONE


V. RELIEF

PLAINTIFF SUIT THE SPECIAL TREATMENT UNIT AND THE DEFENDANT AND THE MEDICAL DEPARTMENT AND CORRECIONAL DEPARTMENT OF NEW JERSEY AND DEPARTMENT HUMAN SERVICE OF MENTAL HEALTH AND THE STATE OF NEW JERSEY FOR THE COUNT OF 350,000,00.

could take a shower before going on the trip. I asked him Twice, the Sargent refused to allow me to take the shower.

Please accept these formal Reference Grievances in support of my Summary Judgment Motion. Reference Grievances No. are listed as follows:

STU22004649 STU22003430 STU22003324 STU22003300 STU22003109
STU22003087 STU22003082 STU22003063 STU22003060 STU22002883
STU22004581 STU22003985 STU22003931 STU22003925 STU22003910
STU22003899 STU22003872 STU22003849 STU22003609 STU22003605
STU22003583 STU22003437 STU22003433 STU22002880 STU22002868

STU22002867 STU22002859 STU22002669 STU22002590 STU22002576

STU22002473 STU22002432 STU22002307 STU22002241, there are more I will attach the rest of them to the Amend Complaint.

On October 5, 2022, I have called my Stand by counsel to ask him to give the intuition a call and ask them to preserve the sincerity footage from September 18, 19, 2022, and to take a picture of cell 120, of the South Unit.

Because on September 18, 2022, I was being jumped by Two Residents Frank Sanchez, and another who lives in cell 222, on the South Unit; then It wound up running into the next day, September 19, 2022, in the serving line, approximately, at 7:00 a.m. to 11:00 a.m.

On the same two dates mentioned above I was using payphone 3. When resident Frank Sanchez, made a remark about me being over Wight, I made a racial remark towards him back. Another resident asked me to stop making those kind of remarks and that's when the other resident form cell 222 said to the other don't wary I am going to tell his Program Coordinator first thing on Monday, morning. I then turned around and said I do not care who you tell; you can go tell your momma for all I care.

On Monday, morning September 19, 2022, approximately at 7:00 a.m. in the serving line, I was waiting on being served my breakfast when resident Frank Sanchez, again made a remark and came towards me. About this time I was in front of the pitcher of coffee, getting a cup of coffee. As I was getting the cup of coffee the resident in cell 222,was standing directly behind me, as I turned around and side to him to back up away from me he side to me make me back up, I then side oh you want me to make you to back up from me, so I placed my tray down and griped on to the walker and side that if you do not back up from standing directly behind me I will take this walker and bust you across the head with it. The two 5 day housing officers intervened and locked the three of us in our individual cells.

17 of

Telephone No.                    (7322)574- 8740
E-Mail Address                   chappellfladger@gmail.com

                                 3 of

The Defendant(s)

    Provide the information below for each defendant named in
    the co9mplaint,wether the defendant is an individual, a
    government agency, an organization, or a corporation. For
    an individual defendant, include the person's job or title
    (if known) and check whether you are bringing this
    complaint against them in their individual capacity or
    official capacity, or both. Attach additional pages if
    needed.

    Defendant No.1

    Name Acting Commissioner Victoria kahuna et al.

    Job or Title (if known) Co Acting Commissioner Victoria
    kahuna


    125 West State Street

    Trenton, New Jersey 08625

    County    Middlesex

    Telephone Number Unknown
    E-mail Address    Unknown
    Individual Capacity
    Defendant No.2
    Name Commissioner Judith Persichill
    Job Title: Commissioner of Mental Health
    Address 125 West State Street
    City    Trenton, State New Jersey Zip Code 07001
    County    Middlesex
    Telephone Number Unknown
    E-mail Address Unknown
                    Both Capacities
    Defendant No.3
    Name Governor Phil Murphy
    Job Title: Acting Governor of New Jersey
    Address 125 West State Street
            Trenton, New Jersey 08628
    County Middlesex
    Telephone Number Unknown
    E-mail Address Unknown

    Individual Capacity

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to me,

Defendant No.5

Mr. M. Main Name

Job Title: Former Clinical Director

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

 Individual Capacity

Defendant No. 6

5 of

Name Dr. Carter

Job Title: Clinical Psychologist

Address 8 Production Way

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

Individual Capacity

Defendant No.7

Name Dr. Nicole Waldron

Job Title: Clinical Psychologist

Address

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.8

Name Dr. Even Fibush

Job Title: Clinical Psychiatrist

Address

Avenel, New Jersey 07001

 County Mercer

Telephone Number (609)

E-mail Address    Unknown

Individual Capacity

Defendant No.9

Name Colleen Fitzgerald

Job Title: Social Worker

Address 8 Production Way

Avenel, New Jersey 07001

County Mercer

Telephone Number (609)

E-mail Address    Unknown

6 of

Individual Capacity

Defendant No. 10

Name Dr. Nicole Crump

Job Title: Clinical Psychologist

Address

County    Mercer

Telephone Number    (609)

E-mail Address    Unknown

Individual Capacity

Defendant No.11

Name DR. Rizve

Job Title: Clinical Psychiatrist

Address 8 Production Way

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.12.

Name Dr. Sobin

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 0701

County Middlesex

Telephone Number (732) 574-2250

E-mail Address Unknown

Individual Capacity

Defendant No. 13.

Name Dr. Dunbar

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

7 of

Telephone Number (732 574-2250

E-mail Address Unknown

Individual Capacity

Name <u>Ms. Y. Cornnile</u>

Job Title: <u>Former Program Coordinator</u>

Address <u>8 Production Way</u>

County <u>Middlesex</u>

Telephone <u>(732)574-2250</u>

E-Mail Address <u>Unknown</u>

### 8 of

### III   Statement of Claims:

State briefly as possible the facts of your case.

Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may which to include further details such as the name of other persons involved in the event giving rise to your claim. Do not cite any case or status? If more than one claim is asserted number each claim in a separate paragraph. Attach additional pages if need.

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to

me, to me sending out personal legal letters to another resident, to not receiving legal mail, to sending out legal mail to an attorney and he haven't received them, and on June 25,2022 I had a slip and fall on my housing unit, I was escorted to the fernery of the Annex Medical Unit. On June 27, 2022 the nurses had me in cell 3 laying in urination from 6:00a.m. Until approx. 5:00 P.M. that evening without allowing me to wash or them washes me.

On July 2, 2022 the D. Wing Medical Housing Officer B. Koonce, and another Officer John Doe, turned off my power to my cell for every medical and DOC. Staff are aware of me having sleep at mea and that whenever I sleep I need to use a Ce Pap.

On July 05, 2022

On July 04, 2022 approximately , between 4:00 to 6:00 P.M. Sgts C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to resident like me on the ADA Unit D. Wing, for Medical & Mental Disabilities being restricted to a phone restriction signup sheet that I do not sot on any other Unit, North, South, East, West, A.B.C. and D. Dorms.

9 of

On July 05, 2022 approximately, between 4:00 to 6:00 P.M. Sgt's C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On 04/5/2021 approximately; at, 9:30a.m. – 10:30 a.m. Senior Correction Police Officer Matthews, Senior Correction Police Officer

D.Williams, the Medical Department, Mental Health

Administration Staff members and SID, misconducted their duties of violating my First Amendment; Fourth Amendment; Eighth Amendment; and the Fourth teeth Amendment; and Federal ADA Act. I was asked to take a spit test and I refused and they locked me in my cell, they should not have the right to lock me in my cell for a consequent.

The Medical Department are misconducting medical treatment for they are refusing to order me the following Medical Devices such as:

A Wheelchair, Walker, a seat for the Wheelchair, a tray for the walker, bag for the walker and wheelchair. The Medical staff are violating my Federal ADA, Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being

restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, <u>West, A. B. C D. Dorms.</u>

On this day and time, June 25, 2022, the medical staff had me lying in the bed in urine from 6:00 a.m. to approximately 5:00 p.m.

That evening, on this day and time, June 27, 2022 the medical staff and the correctional officers had me in the cell around urine and feces from 8:00 p.m. to 10:00 a.m. the next morning.

10 of

The Mailroom Officer Rodriguez, Officer Lukesazewski, Officer Banks, Officer Forster, Sgt Eure, and Sgt. J. Socolof, of the Special Treatment Unit, are misconducting the Mailroom, by Mail Theft, Mail Tampering, and Mail Fraud. On multiple occasions the above Officials Mailroom Officers have not been delivering my mail to me or mailing to the addressee, this is also including legal mail that I have set out.

This past January, I have order some free supplies, from the Unit States Postal Service, and I did not receive any of them. Also I made an order with JPay for a JPay Tablet, on January 20, 2022 and here it is July 17,2022 and I have not received the tablet as of yet. I have given JPay.com a call and they have told me that it takes the device

45 to 60 business days to receive that would put you at around April or May of 2022.

On this day and time, July 14, 2022, I was to receive copies of Grievance Reverences where I have requested copies of and haven't received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.

11 of

Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy

Gurshack, beet me to the phone, his phone time had ended, he answered the phone and started to talk, I went to grab the phone from out of his hand, Officer Parsed, asked us to lock in. I refused to lock in because I knew that I was in the right. Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not assault Mr. Gurshack, then multiple Officers came to the officer rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs. Lee, and I was set back to D. Wing, to be placed on TCC camorra movement only.                    11 of

On this day and time, July 11, 2022, approximately, around 8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the transportation Van, for to take me to St France Medical Center for a medical trip. Before He came to escort me to the van, I asked Sgt. John Doe, if I could take a shower before going on the trip, he refused to allowing me to take that shower or changing my clothing. This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me filing a claim for missing property. The results of the claim are denied for there was no cause for action needed from the NJDC. The claim is invalid for the following reason: 1. No proof of negligence on the part of ADTC/STU Staff. I believe that the reason that this matter was invalid from the Assistant Superintendent Mr. Jeffery Crothers, because 1. I have placed this claim in way before Mr. Crothers, became assistant superintendent of the ADTC/STU. 2. I have given them plenty of evidence's for proof that ADTC/STU staff are at negligence in this matter. This statement is made for Claims # 102 - 104.

The Plaintiff Chappell T. Fladger, would like to file the following reference grievances: On 12/23/21; STU2100754; 12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21; STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354; 12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21; STU21007287; 12/10/21; STU21007280; 12/23/21,

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T. Fladger Approached Two Sgt's, Sgt, Burke, and a co-worker of his I showed them an order signed the Hon. Edward S. Kiel, showing a deadline that the deadline has been extended to January 07,2022, I then asked them to have a Social Worker or Notary person to come to the Scuth Unit, and notarize my documentations

received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.
                                11 of
   Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy Gurshack, beet me to the phone, his phone time had ended, he answered the phone and started to talk, I went to grab the phone from out of his hand, Officer Parsed, asked us to lock in. I refused to lock in because I knew that I was in the right. Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not assault Mr. Gurshack, then multiple Officers came to the officer rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs. Lee, and I was set back to D. Wing, to be placed on TCC camorra movement only.

On this day and time, July 11, 2022, approximately, around 8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the transportation Van, for to take me to St France Medical Center for a medical trip. Before He came to escort me to the van, I asked Sgt. John Doe, if I could take a shower before going on the trip, he refused to allowing me to take that shower or changing my clothing. This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me filing a claim for missing property. The results of the claim are denied for there was no cause for action needed from the NJDC. The claim is invalid for the following reason: 1. No proof of negligence

12 of

On 12/21/21, The South Unit on Quarantine, so they had locked down the unit, that meant that I was in my cell in this unhealthy condition and I had to eat my food in this condition.

On 12/14/21, My player is unresponsive, and I am looking for to have it sent back to you, under warranty. How do I send it back to you.

On 12/14/21 JPay Response:

Thank you for contacting JPay Support Representatives. Your request all of the attention it deserves. Every request is reviewed on a first come first serve basis, and appreciate your patience while we reach your issue. We know how inconvenient waiting for a reply can be.

13 of

You have our commitment that our support team is doing everything we can to minimize delays. Thank You and you'll be hearing from us soon.

Response:

This request has already been addressed Written By A. Varriale:

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:

STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical, he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.

14 of

I gave Mr. Fancies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

On this day and time, 07 - 09 -22 around between 1:00 P.M. and 2:00 I had asked Corrections Police Office Prasad, to place me in one of the times mentioned above sot, I made a call, the call returned on another phone line, I went to answer the call and resident Jimmy Grushack, beet me to the phone. I asked him to give me the Phone for I knew that the phone call was for me; I went to reach for the receiver and Officer Prasad, said that I hit Resident Jimmy Gurshack, I said No I didn't, then Resident Jimmy Grushack, even stated to officer Prasad, that I did not hit him, Officer Prasad, called for a false code 33, multiple Officer arrived to the code along with the Supervisor Sargent Applegate, I stated do not spry me, and I do not want to be touched, I can go to the ground myself, but because I am old I just cannot throw myself to the ground.

On this day and time, 07 - 12 - 22 around 8:00 a.m. after the above statement and being placed on TCC. Status along with camera movement only I went on a medical trip, before Central Transport arrived with an ambulance driver, I asked area Sargent John Doe if I

16 of

IV INJURY NONE

V. RELIEF

　　　PLAINTIFF SUIT THE SPECIAL TREATMENT UNIT AND THE DEFENDANT AND THE MEDICAL DEPARTMENT AND CORRECIONAL DEPARTMENT OF NEW JERSEY AND DEPARTMENT HUMAN SERVICE OF MENTAL HEALTH AND THE STATE OF NEW JERSEY FOR THE COUNT OF 350,000,00.

Approximately around 9:30 a.m. the officer ask me to go to the big yard for the unit was being spread for bed bugs, I after stepped one foot into the big yard resident Frank Sanchez, started to come toward me and I said don't you even try it cause if come any closer to me I will get weight and go across your head with it, that's when another resident by the name Yance, intervened and said No one is going to jump anyone, and asked me to have a seat.

On this day and time, 02/27/16, I wrote Attention Manager, At approximately, 7:00 a.m. and 1:30 p.m. SCPO. ORANGE, and asked him i9f he could ask Mr. Steven Graghs, if he could give me what I've asked for Two weeks ago I've asked for legal documents to be copied, and I've haven't received anything as of yet.

On this day and time, 02/18/16, UI saw Miss. Sims, I over to her and asked her if she could ask Mr. Graghs, if he would process what I request since Sunday, 02/14/16, morning. She failed to ask Mr. Graghs, she turn around and walked away and went out the door. Could you please have someone from the office call the STU INSTITUTION? And ask for Miss. Helper, and ask her if she would have Mr. Graghs, process the legal documents that I asked for, if he cannot do his job, I will take this matter int6o my own hands. Thank You!

On this day and time, 08/07/16, approximately, 3:15p.m. I've asked Sgt. C. Wehrel, if I could receive my property, so that I can mail my Legal Documents to the US District Courthouse in Newark, I did not hear Sgt. C. Wehrel, tell me to ask the unit officers, causing a violation o0f my Civil Rights. (Having Access to the US District Courthouse).

On this day and time, 08/06/16, Attention to Miss. Sims, approximately, 10:40a.m. I asked SCPO . Washington , if he could call, a Sgt. He failed to calling. I've been asking for my property ever since I came off of TCC, on August 01, 2016, all three shifts been failing to give me my property, so that I can mail my Legal Documents to the US. District Courthouse in Newark, Here it is Saturday, August 06, 2016, approximately 8:34p.m. And I still do not have my property. Could you please have DOC. Supervisor, have the south unit officer to have the CBS. Officer  to open cell 112 and allow me to receive my property , so that I can mail my Legal Documents to the US> District Courthouse  in Newark, New Jersey 07102?

On this day and time, 03/01/18, Attachment to reference No. 798563 (SCPO).Senior Corrections Officer Lewinski, opened my mail without my present and not turning over the written business remit and addressed envelope to the business manager. This took placed on 02/26/18, at approximately, 11:15a.m.Thank you!

    On this day and time, 02/20 21, To the Mailroom Sgt. If tyou do not hear my request of duplicate of Ref. #. STU21000805, you will

B. The Defendant(s)

Provide the information below for each defendant named in the co9mplaint,wether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No.1

Name Acting Commissioner Victoria kahuna et al.

Job or Title (if known) Co Acting Commissioner Victoria kahuna

3 of

125 West State Street

Trenton, New Jersey 08625

County    Middlesex

Telephone Number Unknown
E-mail Address    Unknown
Individual Capacity
Defendant No.2
Name Commissioner Judith Persichill
Job Title. Commissioner of Mental Health
Address 125 West State Street
City      Trenton, State New Jersey Zip Code 07001
County    Middlesex
Telephone Number Unknown
E-mail Address Unknown
          Both Capacities

Defendant No.3
Name Governor Phil Murphy
Job Title: Acting Governor of New Jersey
Address 125 West State Street
        Trenton, New Jersey 08628
County Middlesex
Telephone Number Unknown
E-mail Address Unknown

Individual Capacity

Defendant No.4
Name Mrs. Doreen Stanzone
Job Title: Clinical Director
Address 8 Production Way
Avenel, New Jersey 07001

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to me,

Defendant No.5

Mr. M. Main Name

Job Title: Former Clinical Director

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

Individual Capacity

Defendant No. 6

5 of

Name Dr. Carter

Job Title: Clinical Psychologist

Address 8 Production Way

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

Individual Capacity

Defendant No.7

Name Dr. Nicole Waldron

Job Title: Clinical Psychologist

Address

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.8

Name Dr. Even Fibush

Job Title: Clinical Psychiatrist

Address

Avenel, New Jersey 07001

 County Mercer

Telephone Number (609)

E-mail Address   Unknown

Individual Capacity


Defendant No.9

Name Colleen Fitzgerald

Job Title: Social Worker

Address 8 Production Way

Avenel, New Jersey 07001

County Mercer

Telephone Number (609)

E-mail Address   Unknown

6 of

Individual Capacity

Defendant No. 10

Name Dr. Nicole Crump

Job Title: Clinical Psychologist

Address

County   Mercer

Telephone Number   (609)

E-mail Address   Unknown

Individual Capacity

Defendant No.11

Name DR. Rizve

Job Title: Clinical Psychiatrist

Address 8 Production Way

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.12.

Name Dr. Sobin

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 0701

County Middlesex

Telephone Number (732) 574-2250

E-mail Address Unknown

Individual Capacity

Defendant No. 13.

Name Dr. Dunbar

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

7 of

Telephone Number (732 574-2250

E-mail Address Unknown

Individual Capacity

Name <u>Ms. Y. Cornnile</u>

Job Title: <u>Former Program Coordinator</u>

Address <u>8 Production Way</u>

County <u>Middlesex</u>

Telephone <u>(732)574-2250</u>

E-Mail Address <u>Unknown</u>

## 8 of

### III  Statement of Claims:

State briefly as possible the facts of your case.

Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may which to include further details such as the name of other persons involved in the event giving rise to your claim. Do not cite any case or status? If more than one claim is asserted number each claim in a separate paragraph. Attach additional pages if need.

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to

me, to me sending out personal legal letters to another resident, to not receiving legal mail, to sending out legal mail to an attorney and he haven't received them, and on June 25,2022 I had a slip and fall on my housing unit, I was escorted to the fernery of the Annex Medical Unit. On June 27, 2022 the nurses had me in cell 3 laying in urination from 6:00a.m. Until approx. 5:00 P.M. that evening without allowing me to wash or them washes me.

On July 2, 2022 the D. Wing Medical Housing Officer B. Koonce, and another Officer John Doe, turned off my power to my cell for every medical and DOC. Staff are aware of me having sleep at mea and that whenever I sleep I need to use a Ce Pap.

On July 05, 2022

On July 04, 2022 approximately , between 4:00 to 6:00 P.M. Sgts
C. Underwood, and W. Booker, made their rounds on the Medical Unit D.
Wing, I asked them if they would talk with medical Dept. asking them
to give the on call Doctor a call, asking him/her if I could speak
with him/her concerning my back condition and how I wished not to be
moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to resident
like me on the ADA Unit D. Wing, for Medical & Mental Disabilities
being restricted to a phone restriction signup sheet that I do not sot
on any other Unit, North, South, East, West, A.B.C. and D. Dorms.

9 of

On July 05, 2022 approximately, between 4:00 to 6:00 P.M. Sgt's
C. Underwood, and W. Booker, made their rounds on the Medical Unit D.
Wing, I asked them if they would talk with medical Dept. asking them
to give the on call Doctor a call, asking him/her if I could speak
with him/her concerning my back condition and how I wished not to be
moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to residents
like me on the ADA Unit D. Wing, for Medical & Mental disabilities
being restricted to a phone restriction signup sheet that I do not sot
on any other unit; North, South, East, West, A. B. C D. Dorms.

On 04/5/2021 approximately; at, 9:30a.m. – 10:30 a.m. Senior
Correction Police Officer Matthews, Senior Correction Police Officer

D.Williams, the Medical Department, Mental Health

Administration Staff members and SID, misconducted their duties of
violating my First Amendment; Fourth Amendment; Eighth Amendment; and
the Fourth teeth Amendment; and Federal ADA Act. I was asked to take a
spit test and I refused and they locked me in my cell, they should not
have the right to lock me in my cell for a consequent.

The Medical Department are misconducting medical treatment for
they are refusing to order me the following Medical Devices such as:

A Wheelchair, Walker, a seat for the Wheelchair, a tray for the
walker, bag for the walker and wheelchair. The Medical staff are
violating my Federal ADA, Discrimination abuse to residents like me on
the ADA Unit D. Wing, for Medical & Mental disabilities being

restricted to a phone restriction signup sheet that I do not set on any other unit; North, South, East, <u>West, A. B. C D. Dorms.</u>

On this day and time, June 25, 2022, the medical staff had me lying in the bed in urine from 6:00 a.m. to approximately 5:00 p.m.

That evening, on this day and time, June 27, 2022 the medical staff and the correctional officers had me in the cell around urine and feces from 8:00 p.m. to 10:00 a.m. the next morning.

10 of

The Mailroom Officer Rodriguez, Officer Lukesazewski, Officer Banks, Officer Forster, Sgt Eure, and Sgt. J. Socolof, of the Special Treatment Unit, are misconducting the Mailroom, by Mail Theft, Mail Tampering, and Mail Fraud. On multiple occasions the above Officials Mailroom Officers have not been delivering my mail to me or mailing to the addressee, this is also including legal mail that I have set out.

This past January, I have order some free supplies, from the Unit States Postal Service, and I did not receive any of them. Also I made an order with JPay for a JPay Tablet, on January 20, 2022 and here it is July 17, 2022 and I have not received the tablet as of yet. I have given JPay.com a call and they have told me that it takes the device

45 to 60 business days to receive that would put you at around April or May of 2022.

On this day and time, July 14, 2022, I was to receive copies of Grievance Reverences where I have requested copies of and haven't received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.
11 of
Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy

Gurshack, beet me to the phone, his phone time had ended, he answered the phone and started to talk, I went to grab the phone from out of his hand, Officer Parsed, asked us to lock in. I refused to lock in because I knew that I was in the right. Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not assault Mr. Gurshack, then multiple Officers came to the officer rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs. Lee, and I was set back to D. Wing, to be placed on TCC camorra movement only.                    11 of

On this day and time, July 11, 2022, approximately, around 8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the transportation Van, for to take me to St France Medical Center for a medical trip. Before He came to escort me to the van, I asked Sgt. John Doe, if I could take a shower before going on the trip, he refused to allowing me to take that shower or changing my clothing. This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me filing a claim for missing property. The results of the claim are denied for there was no cause for action needed from the NJDC. The claim is invalid for the following reason: 1. No proof of negligence on the part of ADTC/STU Staff. I believe that the reason that this matter was invalid from the Assistant Superintendent Mr. Jeffery Crothers, because 1. I have placed this claim in way before Mr. Crothers, became assistant superintendent of the ADTC/STU. 2. I have given them plenty of evidence's for proof that ADTC/STU staff are at negligence in this matter. This statement is made for Claims # 102 - 104.

The Plaintiff Chappell T. Fladger, would like to file the following reference grievances: On 12/23/21; STU2100754; 12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21; STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354; 12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21; STU21007287; 12/10/21; STU21007280; 12/23/21,

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T. Fladger Approached Two Sgt's, Sgt, Burke, and a co-worker of his I showed them an order signed the Hon. Edward S. Kiel, showing a deadline that the deadline has been extended to January 07,2022, I then asked them to have a Social Worker or Notary person to come to the Scuth Unit, and notarize my documentations

received them as of yet. The administrations of this facility are
constantly deliberately refusing to send me the copies that I am
requesting of, this; is the reason Why am always missing the deadlines
That the Honorable Edward S. Kiel, are setting up for me to send back
to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA
Requests tracking#17¾36, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related
   to medical, psychiatric, or psychological history diagnosis
   treatment or evaluation " request cannot be fulfilled as it does
   not adequately identify a particular government record(s) sought.
                                11 of
   Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage
   Control 375 N.J. Supper. 334 (App. Div. 2005), data, or
   statistic.

On this day and time, July 8, 2022, approximately around 8:00
a.m. to 10:00 a.m. I made a phone call, the phone rang back I
went to answer the call, a resident by the name of Jimmy
Gurshack, beet me to the phone, his phone time had ended, he
answered the phone and started to talk, I went to grab the phone
from out of his hand, Officer Parsed, asked us to lock in. I
refused to lock in because I knew that I was in the right.
Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not
assault Mr. Gurshack, then multiple Officers came to the officer
rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs.
Lee, and I was set back to D. Wing, to be placed on TCC camorra
movement only.

On this day and time, July 11, 2022, approximately, around
8:00a.m. To 11:00 a:m. A First Shift Sgt. John Doe escorted me to the
transportation Van, for to take me to St France Medical Center for a
medical trip. Before He came to escort me to the van, I asked Sgt.
John Doe, if I could take a shower before going on the trip, he
refused to allowing me to take that shower or changing my clothing.
This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me
filing a claim for missing property. The results of the claim are
denied for there was no cause for action needed from the NJDC. The
claim is invalid for the following reason: 1. No proof of negligence

                              12 of

On 12/21/21, The South Unit on Quarantine, so they had locked down the unit, that meant that I was in my cell in this unhealthy condition and I had to eat my food in this condition.

On 12/14/21, My player is unresponsive, and I am looking for to have it sent back to you, under warranty. How do I send it back to you.

On 12/14/21 JPay Response:

Thank you for contacting JPay Support Representatives. Your request all of the attention it deserves. Every request is reviewed on a first come first serve basis, and appreciate your patience while we reach your issue. We know how inconvenient waiting for a reply can be.

13 of

You have our commitment that our support team is doing everything we can to minimize delays. Thank You and you'll be hearing from us soon.

Response:

This request has already been addressed Written By A. Varriale:

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:

STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical, he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.

14 of

I gave Mr. Fancies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

On this day and time, 07 - 09 -22 around between 1:00 P.M. and
2:00 I had asked Corrections Police Office Prasad, to place me in one
of the times mentioned above sot, I made a call, the call returned on
another phone line, I went to answer the call and resident Jimmy
Grushack, beet me to the phone. I asked him to give me the Phone for I
knew that the phone call was for me; I went to reach for the receiver
and Officer Prasad, said that I hit Resident Jimmy Gurshack, I said No
I didn't, then Resident Jimmy Grushack, even stated to officer Prasad,
that I did not hit him, Officer Prasad, called for a false code 33,
multiple Officer arrived to the code along with the Supervisor Sargent
Applegate, I stated do not spry me, and I do not want to be touched, I
can go to the ground myself, but because I am old I just cannot throw
myself to the ground.

On this day and time, 07 - 12 - 22 around 8:00 a.m. after the
above statement and being placed on TCC. Status along with camera
movement only I went on a medical trip, before Central Transport
arrived with an ambulance driver, I asked area Sargent John Doe if I
could take a shower before going on the trip. I asked him Twice, the
Sargent refused to allow me to take the shower.

Please accept these formal Reference Grievances in support of my
Summary Judgment Motion. Reference Grievances No. are listed as
follows:

STU22004649 STU22003430 STU22003324 STU22003300 STU22003109
STU22003087 STU22003082 STU22003063 STU22003060 STU22002883
STU22004581 STU22003985 STU22003931 STU22003925 STU22003910
STU22003899 STU22003872 STU22003849 STU22003609 STU22003605
STU22003583 STU22003437 STU22003433 STU22002880 STU22002868

STU22002867 STU22002859 STU22002669 STU22002590 STU22002576

STU22002473 STU22002432 STU22002307 STU22002241

15 of

IV INJURY NONE


V. RELIEF

PLAINTIFF SUIT THE SPECIAL TREATMENT UNIT AND THE DEFENDANT
AND THE MEDICAL DEPARTMENT AND CORRECIONAL DEPARTMENT OF NEW
JERSEY AND DEPARTMENT HUMAN SERVICE OF MENTAL HEALTH AND THE
STATE OF NEW JERSEY FOR THE COUNT OF 350,000,00.

be hearing from the horn. Judge Edward S. Kiel, concerning
failing to allow me to have religious materials in my procession.

On 09/20/21, I, addressed Sgt. Burke, concerning resident B.
Westman, he talked me into sending $499.00 to his bank, the check
cleared on o8/28/21, and he made a promises to me that he would

Pay me back.

On 01/10/22, at, approximately, 12:30p.m. the Mailroom officer
arrived at my cell door on the South Unit and told me to take off
the priority mail sticker of the envelope for I do not have any
funds in my account. The instruction have to mail out my legal
mail even though I do not have any money in my account. I then
placed a certified mail Sticker on the envelope and handed it
back to him, he then made the statement of that I did not have

Conclusions:


(State briefly exactly what you want the Court to do for you. Make No
legal arguments. Cite No Case or Statutes. ) I the Plaintiff Chappell
Tyrone Fladger, seeks for the Court to grant me the following Court
orders, for the Special Treatment Unit, to follow up with the
consultation form Dr. S. Connelly, pervading me with all of the
medical equipment's she has already multiple times sent to the person
who dose all of the ordering for the institution.


19


Point1.    The Plaintiff asks the court to grant him an order to have
the Special Treatment Unit, install a wheelchair Ramp in all four
Units, showers of the Special Treatment Unit.

Point2.    The Plaintiff Chappell Tyrone Fladger seeks for the Court
to grant him an order for Dr. S. Connelly, to arrearage for me to
house on the ADA. Medical Unit, for the bed's that they use are better
for my back condition, and I have already have spoken with Dr. S.
Connelly, concerning this matter and she failed to okaying for me to
housing back on the ADA. Medical Unit.

Point3.    The Plaintiff asks the court to grant an order for the
Special Treatment Unit, Administration to arrearage for me to watch
the footage of the incident for the time they had me watch the footage
I could not see what I expected to see because of blind spots of the
area where the incident took place.

Point4.    The Plaintiff also asks the Court to grant an order for the
Special Treatment Unit, Administration to arrearage for me to watch

B. The Defendant(s)

Provide the information below for each defendant named in the co9mplaint,wether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No.1

Name <u>Acting Commissioner Victoria kahuna et al.</u>

Job or Title (if known) <u>Co Acting Commissioner Victoria kahuna</u>

3 of

<u>125 West State Street</u>

<u>Trenton, New Jersey 08625</u>

County  <u>Middlesex</u>

Telephone Number <u>Unknown</u>
E-mail Address  <u>Unknown</u>
<u>Individual Capacity</u>
Defendant No.2
Name <u>Commissioner Judith Persichill</u>
Job Title. <u>Commissioner of Mental Health</u>
Address <u>125 West State Street</u>
City   <u>Trenton, State New Jersey Zip Code 07001</u>
County  <u>Middlesex</u>
Telephone Number <u>Unknown</u>
E-mail Address <u>Unknown</u>
        <u>Both Capacities</u>
Defendant No.3
Name Governor <u>Phil Murphy</u>
<u>Job Title: Acting Governor of New Jersey</u>
Address <u>125 West State Street</u>
     <u>Trenton, New Jersey 08628</u>
County Middlesex
Telephone Number <u>Unknown</u>
E-mail Address <u>Unknown</u>

<u>Individual Capacity</u>

<u>Defendant No.4</u>
Name <u>Mrs. Doreen Stanzone</u>
Job Title: Clinical Director
Address <u>8 Production Way</u>
    <u>Avenel, New Jersey 07001</u>

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to me,

Defendant No.5

Mr. M. Main Name

Job Title: Former Clinical Director

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

 Individual Capacity

Defendant No. 6

5 of

Name Dr. Carter

Job Title: Clinical Psychologist

Address 8 Production Way

County Middlesex

Telephone Number (732) 574-2250

E-mail Address    Unknown

Individual Capacity

Defendant No.7

Name Dr. Nicole Waldron

Job Title: Clinical Psychologist

Address

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.8

Name Dr. Even Fibush

Job Title: Clinical Psychiatrist

Address

Avenel, New Jersey 07001

 County Mercer

Telephone Number (609)

E-mail Address   Unknown

Individual Capacity


Defendant No.9

Name Colleen Fitzgerald

Job Title: Social Worker

Address 8 Production Way

Avenel, New Jersey 07001

County Mercer

Telephone Number (609)

E-mail Address   Unknown

6 of

Individual Capacity

Defendant No. 10

Name Dr. Nicole Crump

Job Title: Clinical Psychologist

Address

County   Mercer

Telephone Number   (609)

E-mail Address   Unknown

Individual Capacity

Defendant No.11

Name DR. Rizve

Job Title: Clinical Psychiatrist

Address 8 Production Way

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.12.

Name Dr. Sobin

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 0701

County Middlesex

Telephone Number (732) 574-2250

E-mail Address Unknown

Individual Capacity

Defendant No. 13.

Name Dr. Dunbar

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

7 of

Telephone Number (732 574-2250

E-mail Address Unknown

Individual Capacity

Name <u>Ms. Y. Cornnile</u>

Job Title: <u>Former Program Coordinator</u>

Address <u>8 Production Way</u>

County <u>Middlesex</u>

Telephone <u>(732)574-2250</u>

<u>E-Mail Address Unknown</u>

## 8 of

### III   Statement of Claims:

State briefly as possible the facts of your case.

Describe how each defendant was personally involved in the alleged
wrongful action, along with the dates and locations of all relevant
events. You may which to include further details such as the name of
other persons involved in the event giving rise to your claim. Do not
cite any case or status? If more than one claim is asserted number
each claim in a separate paragraph. Attach additional pages if need.

From 2/20/2021 to 3/1/2018 asking for duplicates of other
references, to my mother buying clothing for me, to mail arriving to

me, to me sending out personal legal letters to another resident,
to not receiving legal mail, to sending out legal mail to an attorney
and he haven't received them, and on June 25,2022 I had a slip and
fall on my housing unit, I was escorted to the fernery of the Annex
Medical Unit. On June 27, 2022 the nurses had me in cell 3 laying in
urination from 6:00a.m. Until approx. 5:00 P.M. that evening without
allowing me to wash or them washes me.

On July 2, 2022 the D. Wing Medical Housing Officer B. Koonce,
and another Officer John Doe, turned off my power to my cell for every
medical and DOC. Staff are aware of me having sleep at mea and that
whenever I sleep I need to use a Ce Pap.

On July 05, 2022

On July 04, 2022 approximately , between 4:00 to 6:00 P.M. Sgts C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to resident like me on the ADA Unit D. Wing, for Medical & Mental Disabilities being restricted to a phone restriction signup sheet that I do not sot on any other Unit, North, South, East, West, A.B.C. and D. Dorms.

9 of

On July 05, 2022 approximately, between 4:00 to 6:00 P.M. Sgt's C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On 04/5/2021 approximately; at, 9:30a.m. – 10:30 a.m. Senior Correction Police Officer Matthews, Senior Correction Police Officer

D.Williams, the Medical Department, Mental Health

Administration Staff members and SID, misconducted their duties of violating my First Amendment; Fourth Amendment; Eighth Amendment; and the Fourth teeth Amendment; and Federal ADA Act. I was asked to take a spit test and I refused and they locked me in my cell, they should not have the right to lock me in my cell for a consequent.

The Medical Department are misconducting medical treatment for they are refusing to order me the following Medical Devices such as:

A Wheelchair, Walker, a seat for the Wheelchair, a tray for the walker, bag for the walker and wheelchair. The Medical staff are violating my Federal ADA, Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being

restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, <u>West</u>, <u>A.</u> <u>B.</u> <u>C</u> <u>D.</u> <u>Dorms.</u>

On this day and time, June 25, 2022, the medical staff had me lying in the bed in urine from 6:00 a.m. to approximately 5:00 p.m.

That evening, on this day and time, June 27, 2022 the medical staff and the correctional officers had me in the cell around urine and feces from 8:00 p.m. to 10:00 a.m. the next morning.

10 of

The Mailroom Officer Rodriguez, Officer Lukesazewski, Officer Banks, Officer Forster, Sgt Eure, and Sgt. J. Socolof, of the Special Treatment Unit, are misconducting the Mailroom, by Mail Theft, Mail Tampering, and Mail Fraud. On multiple occasions the above Officials Mailroom Officers have not been delivering my mail to me or mailing to the addressee, this is also including legal mail that I have set out.

This past January, I have order some free supplies, from the Unit States Postal Service, and I did not receive any of them. Also I made an order with JPay for a JPay Tablet, on January 20, 2022 and here it is July 17,2022 and I have not received the tablet as of yet. I have given JPay.com a call and they have told me that it takes the device

45 to 60 business days to receive that would put you at around April or May of 2022.

On this day and time, July 14, 2022, I was to receive copies of Grievance Reverences where I have requested copies of and haven't received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.
11 of
Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy

Gurshack, beet me to the phone, his phone time had ended, he
answered the phone and started to talk, I went to grab the phone
from out of his hand, Officer Parsed, asked us to lock in. I
refused to lock in because I knew that I was in the right.
Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not
assault Mr. Gurshack, then multiple Officers came to the officer
rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs.
Lee, and I was set back to D. Wing, to be placed on TCC camorra
movement only.                    11 of

On this day and time, July 11, 2022, approximately, around
8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the
transportation Van, for to take me to St France Medical Center for a
medical trip. Before He came to escort me to the van, I asked Sgt.
John Doe, if I could take a shower before going on the trip, he
refused to allowing me to take that shower or changing my clothing.
This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me
filing a claim for missing property. The results of the claim are
denied for there was no cause for action needed from the NJDC. The
claim is invalid for the following reason: 1. No proof of negligence
on the part of ADTC/STU Staff. I believe that the reason that this
matter was invalid from the Assistant Superintendent Mr. Jeffery
Crothers, because 1. I have placed this claim in way before Mr.
Crothers, became assistant superintendent of the ADTC/STU. 2. I have
given them plenty of evidence's for proof that ADTC/STU staff are at
negligence in this matter. This statement is made for Claims # 102 -
104.

The Plaintiff Chappell T. Fladger, would like to file the
following reference grievances: On 12/23/21; STU2100754;
12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21;
STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354;
12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21;
STU21007287; 12/10/21; STU21007280; 12/23/21;

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T.
Fladger Approached Two Sgt's, Sgt. Burke, and a co-worker of his
I showed them an order signed the Hon. Edward S. Kiel, showing a
deadline that the deadline has been extended to January 07,2022,
I then asked them to have a Social Worker or Notary person to
come to the South Unit, and notarize my documentations

On 12/21/21, The South Unit on Quarantine, so they had locked down the unit, that meant that I was in my cell in this unhealthy condition and I had to eat my food in this condition.

On 12/14/21, My player is unresponsive, and I am looking for to have it sent back to you, under warranty. How do I send it back to you.

On 12/14/21 JPay Response:

Thank you for contacting JPay Support Representatives. Your request all of the attention it deserves. Every request is reviewed on a first come first serve basis, and appreciate your patience while we reach your issue. We know how inconvenient waiting for a reply can be.

13 of

You have our commitment that our support team is doing everything we can to minimize delays. Thank You and you'll be hearing from us soon.

Response:

This request has already been addressed Written By A. Varriale:

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:

STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical, he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.

14 of

I gave Mr. Fancies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

On this day and time, 07 - 09 -22 around between 1:00 P.M. and 2:00 I had asked Corrections Police Office Prasad, to place me in one of the times mentioned above sot, I made a call, the call returned on another phone line, I went to answer the call and resident Jimmy Grushack, beet me to the phone. I asked him to give me the Phone for I knew that the phone call was for me; I went to reach for the receiver and Officer Prasad, said that I hit Resident Jimmy Gurshack, I said No I didn't, then Resident Jimmy Grushack, even stated to officer Prasad, that I did not hit him, Officer Prasad, called for a false code 33, multiple Officer arrived to the code along with the Supervisor Sargent Applegate, I stated do not spry me, and I do not want to be touched, I can go to the ground myself, but because I am old I just cannot throw myself to the ground.

On this day and time, 07 - 12 - 22 around 8:00 a.m. after the above statement and being placed on TCC. Status along with camera movement only I went on a medical trip, before Central Transport arrived with an ambulance driver, I asked area Sargent John Doe if I could take a shower before going on the trip. I asked him Twice, the Sargent refused to allow me to take the shower.

Please accept these formal Reference Grievances in support of my Summary Judgment Motion. Reference Grievances No. are listed as follows:

STU22004649 STU22003430 STU22003324 STU22003300 STU22003109
STU22003087 STU22003082 STU22003063 STU22003060 STU22002883
STU22004581 STU22003985 STU22003931 STU22003925 STU22003910
STU22003899 STU22003872 STU22003849 STU22003609 STU22003605
STU22003583 STU22003437 STU22003433 STU22002880 STU22002868

STU22002867 STU22002859 STU22002669 STU22002590 STU22002576

STU22002473 STU22002432 STU22002307 STU22002241

15 of

IV INJURY NONE

V. RELIEF

    PLAINTIFF SUIT THE SPECIAL TREATMENT UNIT AND THE DEFENDANT
AND THE MEDICAL DEPARTMENT AND CORRECIONAL DEPARTMENT OF NEW
JERSEY AND DEPARTMENT HUMAN SERVICE OF MENTAL HEALTH AND THE
STATE OF NEW JERSEY FOR THE COUNT OF 350,000,00.

footage from a different angel, because they refused to allow me to view what I needed to see.

Point5.    Plaintiff seeks for the Court to grant an order for the Special Treatment Unit, Administration to allow the South Unit to attend all religious services and activities.


Point6.    Plaintiff also seeks for the Court to grant an order for the Special Treatment Unit, Administration to consider to allow my visitors to come to take me on a Day Pass, and come right back, for I specifically asks for this order to be granted is because on October 20, 2022, I have a telephone appointment with Social Services, and instead of having a phone appointment I would like to show up in person.


                    Sincerely Yours!




                    _____

                    Chappell T. Fladger

B. The Defendant(s)

Provide the information below for each defendant named in the co9mplaint,wether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No.1

Name <u>Acting Commissioner Victoria kahuna et al.</u>

Job or Title (if known) <u>Co Acting Commissioner Victoria kahuna</u>

3 of

<u>125 West State Street</u>

<u>Trenton, New Jersey 08625</u>

County <u>Middlesex</u>

Telephone Number <u>Unknown</u>
E-mail Address <u>Unknown</u>
<u>Individual Capacity</u>
Defendant No.2
Name <u>Commissioner Judith Persichill</u>
Job Title. <u>Commissioner of Mental Health</u>
Address <u>125 West State Street</u>
City <u>Trenton,</u> State <u>New Jersey</u> Zip Code <u>07001</u>
County <u>Middlesex</u>
Telephone Number <u>Unknown</u>
E-mail Address <u>Unknown</u>
Both Capacities

Defendant No.3
Name Governor <u>Phil Murphy</u>
Job Title: <u>Acting Governor of New Jersey</u>
Address <u>125 West State Street</u>
<u>Trenton, New Jersey 08628</u>
County Middlesex
Telephone Number <u>Unknown</u>
E-mail Address Unknown

<u>Individual Capacity</u>

<u>Defendant No.4</u>
Name <u>Mrs. Doreen Stanzone</u>
Job Title: Clinical Director
Address <u>8 Production Way</u>
<u>Avenel, New Jersey 07001</u>

ATTCHED SHEET

3.

1. On November 17, 2018, about 4:45 P.M. I was attempted sexually assaulted  by Officer D. Gilbert, as I was being placed in restrictive custody.

2.   Officer D. Gilbert, Striped Searched me, pulling, my pants all the way down to my ankles without permission.

3.   I than screamed for their supervisor, Sgt. T. Walker for help! She in return states to me I was not being attempt sexually assaulted Sgt. T. Walker, Supervisor was also present at that time, Lt. Jane Doe, both of them ignored me and walked off the south unit.

4.  By Officer Gilbert pulling down my pants he attempted to sexually assault me. He then conducted an official misconduct of him doing his duties; under the color of law violating my constitutional rights of the United States, by him taking it upon himself to pulling down my pants without my permission.

5.   On various occasions throughout my stay in the (STU) Special Treatment Unit, I was assaulted by other residents of the South Unit. Resident6 Vasco Bell, Mathew Shields, Edward Scanlon, and Joseph Wall.

6.   Around November 03, 2016, or 2017, Resident Vasco Bell, came out of his cell, on the South Unit, while I was using the phone in front of Mr. Bell's cell and smacked me across the face, and Officer Kennedy, and his coworker John Doe, failed to intervene the assault from happening.

7.   The incident that accrued with Mr. Shields, the phone had rung, I answered the person on the other asked to for another resident, I made a statement, and I do not recall what I said. I then was speaking with another resident; then Mr. Shields, from out of know ware comes and starts punching on me, because he thought that I hung up on his phone call when the phone wasn't for him.

8.   I falls to the floor, while I am down on the floor Mr. Shields, is punching me all on my body; then kicking me, he also grabbed my cane from my hand and starts beating me with it.

9.   While this was taking place at the time a New Officer came over to us and grabbed Mr. Shields, from continuing to beating on me, separated us, intervene, escorted us too medical.

10.   We both were both placed on (TCC) Temporary Close Custody Status, when the 72 hours was up the officers failed to taking me off the status and letting me out of the cell. This continued to take place each time they placed me on this status.

Around November 03, 2021, I was on the South Unit, using the kiosk, writing an Administrator for which Resident Edward Scanlon was standing by me, when he punched me in the back of the resulting in an injury of concussion. I was taken too medical, placed in the infirmary for overnight opervation.

4.

11. On the 12, of November, 2021, I was taken to St. Frances Medical Center in Trenton New Jersey 08628 or 25, for a head scan. About 8:00 a.m.

12. On approximately November 05, 20121 9:00 a.m. and 10:30 a.m. Investigators Conway, and his coworkers interviewed me , and I was told by a Second sift Sgt. John Doe, and my program coordinator Mrs. Madru at the time mentioned , have reviewed the security footage and found No witnesses and wasn't  assaulted .

13. The Second shift Sgt. Grossoff, Have told me that the footage was reviewed by (SID)Special Investigation Division, from seven different angles , from Ten feet away where I was  and there are Elven security cameras on the South Unit . If they would have viewed the footage they would have found witnesses and seen  that I was assaulted on the date in questioned.

14. Upon information and belief because of investigator's Conway, and his coworkers making the statement "that they  have reviewed the security footages from seven deferent angels ", and them not finding No witness, and evidence of me being assaulted on the day in questioned.

15. They have conducted an Official Misconduct of not following their duties und the color of law violating my civil rights, Liberty Rights, and Medical Rights, of the USA. Constitution.

16. Upon talking to my stand by consoler Mr. Alfred Engilhofer, asking him too server the security footage, for my lawsuit he fails to doing so giving an excuse of" they do not have the footage any more".  Conducting an inefficient Counseling.

17. Mr. Alfred Engilhofer, every time I gave his office a call to discuss this matter with him he would not follow up with my requests too e-mailing or calling the Administration Superintendent/Warden, he would state to me "We Do N0t Represent you in your lawsuit, we only represent clients for Civil Commitment ", and you are not our client for you wanted to represent yourself.

18. On the following dates and these are not all the dates, where I reported that I was assaulted and was placed on restrictive custody, along with the pepper trader and after finding out that I am, telling the truth of what I have reported .

STATEMENT OF FACTS
ATTACHED SHEET pg 1

On November 17, 2019, at
about 9:45 p.m. I was attempted
sexually assaulted by Officer D,
Gilbert, as I was being placed
in restrictive custody.
Officer D. Gilbert, Stripted
searched me, pulling my pants,
all the way down to my ankles
without my permission. Officer
D Glibert, conducted a Official
Misconduct of his duties, by him
taking it upon himself too pulling
my pants down to my ankles, and
me not knowing his attentions were
at the time, and upon informa-
tion and belief according to the
Residents Handbook Guide, it state
that the Corrections Police Officer
are not to strip search the resid-
ents unless there were probable
cause and there were none.

pg 2.

Around November of 2016
or 2017 On various occasions
throughout my stay in the
(STU) I was assaulted by
other residents of the Unit
V. Bell, Mathew Sheiles, Ed-
ward Scanlon, Joseph Walls.

Also around November of
2016 or 2017 Resident V. Bell,
had came out of his cell on
the 59eth Unit, while I was
using the phone in front of Mr.
Bell's cell and he smacks
me across the face, and
Officer kennedy, and his
co-worker John Doe, failed
too intervene to prevent the
assault from happening.

Around the same year as
above, Resident Mr. Mathew
Sheilds, thought I had hung
up the phone on his people.
The phone rang, and I answer-
ed it, the person on the other
end asked for another resid-

pg 3.

ent, I made a statement. I do not recall what I said, then Mr. Sheilds, from out of know where comes and started pitching on me, and I fell too the floor, and while I am down on the floor Mr. Sheilds is beatting on me with my own caine.

Around November 03, 2021, I was on the South Unit using the Kiosk, writing an administrative for when Resident Mr. Edward Scanlon, standing next to me when he punched me in the back of the head resulting in having symptoms of a concussion.

I was taken to medical, was placed in the intermary for over night operation. On the 12th of November 2021, I was taken to St. Francis Medical Center in Trenton, N.J. 08628 or 25 for a head scan around about 8:30 AM

pg4

On approximately about the 05,
of November, 2021 at approximate
between 9:00 A.M. and 10°30
A.M.
Investigator's Mr. Conway
and his coworkers intervie
wed me and I was told
by a second shift Sgt. and
my program cordenator
rose that Mr. Conway and
his coworkers have review
the security footage and
found No witnesses, and
that I was not assaulted.
The second shift Sgt. John

pg5.

Doe, have told me that the footage was reviewed by STD Investigator's Mr. Conway, and coworkers, from Seven diferent angles from Ten feet away where I was sitting and there were no evidents or witnesses of me being assaulted.

Upon information and belefe there are approximatel. elven security comera's on the South Unit. If Investig. for Mr. Conway, and cowor

pg

Kers acturly did reviewed the security camera's, they would have found witnesses and seen that I was assaulted on the date in questioned.

Upon information and belife, because of Investigator's Conway and his coworkers making the statement "that they have reviewed the security footages from seven diferent angales" and there were no witnes

pg7.

seB and evidence of me
being assaulted on the
day in question they
have conduct an Official
Misconduct of not following
their duties under the
color of law violating my
civil Rights liberty Rights
and Medical Rights of the
U.S.A. Constitutional.
On the following dates and
this is not all the dates
where I reported that
I was assault and

was placed on restrictive
custody along with the
perperator and after found
out that I am telling
the truth of what I have
reported. The dates are
as follows:
09-07-18 due to being assault
11-07-18 due to falling on
the floor to receive medical
attention:
01-17-19 due to luck in his cell
and being assaulted and sustain
ing an injury, and upon informa
tion of showing of security in the
case of Hodder v. Hicks 2:99-cv
3869-SDW-ESK was the wrong
footage reviewed according of
the reviewing I saw and the
above date mentioned of 09-07-19

pg 16

03-16-19 due to calling the Woodbridge Police Dept. stating that I was being molested and still Corrections Office and medical turning away the paramedic's to be taken to an emergency room to be examined.

03-19-19 due to reiterating his complaint to DOC that he was sexually assaulted by DOC personnel on 11-29-18.

06-05-19 due to a pending investigation in regards to the allegation I made that DOC staff assaulted me.

On 11-29-17, I was placed on constant

Watch due to expressing
Suicidal ideation to a Corr-
ection officer.

There are more dates
to report for the complaint
of Corrections Harrass
ments not finished
to report.

By me being placed in
restrictive custody have
interupted my treatment
and at times me w the
up my legal documents
&, Conducting an other
Misconduct under color

Misconduct Emotional (pg 12.)
Miscondut, Misconduct
Civil Rights, Confesration,
Property Confesration, and
Mail Tampering.
Under the color of law
to the U.S.A. Constitutic

of law violating my Civil
Rights, Liberty Rights,
Federal Rights, Medical
Rights, and Morals Rights
of the U.S.A. Constitution
Because of DMC have
denied me all of my
Personal Damages lost
Claims, and failing to
either have fix or remove
urce me for my
Word Processor and
other Personal Property
has conducted an Off

Individual Capacity

Defendant No.8

Name Dr. Even Fibush

Job Title: Clinical Psychiatrist

Address

Avenel, New Jersey 07001

County Mercer

Telephone Number (609)

E-mail Address   Unknown

Individual Capacity


Defendant No.9

Name Colleen Fitzgerald

Job Title: Social Worker

Address 8 Production Way

Avenel, New Jersey 07001

County Mercer

Telephone Number (609)

E-mail Address   Unknown

6 of

Individual Capacity

Defendant No. 10

Name Dr. Nicole Crump

Job Title: Clinical Psychologist

Address

County   Mercer

Telephone Number   (609)

E-mail Address   Unknown

Individual Capacity

Defendant No.11

Name DR. Rizve

Job Title: Clinical Psychiatrist

Address 8 Production Way

County Mercer

Telephone Number (609)

E-mail Address Unknown

Individual Capacity

Defendant No.12.

Name Dr. Sobin

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 0701

County Middlesex

Telephone Number (732) 574-2250

E-mail Address Unknown

Individual Capacity

Defendant No. 13.

Name Dr. Dunbar

Job Title: Clinical Psychologist

Address 8 Production Way

Avenel, New Jersey 07001

County Middlesex

7 of

Telephone Number (732 574-2250

E-mail Address Unknown

Individual Capacity

Name <u>Ms. Y. Cornnile</u>

Job Title: <u>Former Program Coordinator</u>

Address <u>8 Production Way</u>

County <u>Middlesex</u>

Telephone <u>(732)574-2250</u>

E-Mail Address <u>Unknown</u>

## <u>8 of</u>

### III   Statement of Claims:

State briefly as possible the facts of your case.

Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may which to include further details such as the name of other persons involved in the event giving rise to your claim. Do not cite any case or status? If more than one claim is asserted number each claim in a separate paragraph. Attach additional pages if need.

From 2/20/2021 to 3/1/2018 asking for duplicates of other references, to my mother buying clothing for me, to mail arriving to

me, to me sending out personal legal letters to another resident, to not receiving legal mail, to sending out legal mail to an attorney and he haven't received them, and on June 25,2022 I had a slip and fall on my housing unit, I was escorted to the fernery of the Annex Medical Unit. On June 27, 2022 the nurses had me in cell 3 laying in urination from 6:00a.m. Until approx. 5:00 P.M. that evening without allowing me to wash or them washes me.

On July 2, 2022 the D. Wing Medical Housing Officer B. Koonce, and another Officer John Doe, turned off my power to my cell for every medical and DOC. Staff are aware of me having sleep at mea and that whenever I sleep I need to use a Ce Pap.

On July 05, 2022

On July 04, 2022 approximately , between 4:00 to 6:00 P.M. Sgts C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to resident like me on the ADA Unit D. Wing, for Medical & Mental Disabilities being restricted to a phone restriction signup sheet that I do not sot on any other Unit, North, South, East, West, A.B.C. and D. Dorms.

9 of

On July 05, 2022 approximately, between 4:00 to 6:00 P.M. Sgt's C. Underwood, and W. Booker, made their rounds on the Medical Unit D. Wing, I asked them if they would talk with medical Dept. asking them to give the on call Doctor a call, asking him/her if I could speak with him/her concerning my back condition and how I wished not to be moved or touched before I have spoken to an attorney.

On July 04, 2022 Federal ADA Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On 04/5/2021 approximately; at, 9:30a.m. - 10:30 a.m. Senior Correction Police Officer Matthews, Senior Correction Police Officer

D.Williams, the Medical Department, Mental Health

Administration Staff members and SID, misconducted their duties of violating my First Amendment; Fourth Amendment; Eighth Amendment; and the Fourth teeth Amendment; and Federal ADA Act. I was asked to take a spit test and I refused and they locked me in my cell, they should not have the right to lock me in my cell for a consequent.

The Medical Department are misconducting medical treatment for they are refusing to order me the following Medical Devices such as:

A Wheelchair, Walker, a seat for the Wheelchair, a tray for the walker, bag for the walker and wheelchair. The Medical staff are violating my Federal ADA, Discrimination abuse to residents like me on the ADA Unit D. Wing, for Medical & Mental disabilities being

restricted to a phone restriction signup sheet that I do not sot on any other unit; North, South, East, West, A. B. C D. Dorms.

On this day and time, June 25, 2022, the medical staff had me lying in the bed in urine from 6:00 a.m. to approximately 5:00 p.m.

That evening, on this day and time, June 27, 2022 the medical staff and the correctional officers had me in the cell around urine and feces from 8:00 p.m. to 10:00 a.m. the next morning.

10 of

The Mailroom Officer Rodriguez, Officer Lukesazewski, Officer Banks, Officer Forster, Sgt Eure, and Sgt. J. Socolof, of the Special Treatment Unit, are misconducting the Mailroom, by Mail Theft, Mail Tampering, and Mail Fraud. On multiple occasions the above Officials Mailroom Officers have not been delivering my mail to me or mailing to the addressee, this is also including legal mail that I have set out.

This past January, I have order some free supplies, from the Unit States Postal Service, and I did not receive any of them. Also I made an order with JPay for a JPay Tablet, on January 20, 2022 and here it is July 17,2022 and I have not received the tablet as of yet. I have given JPay.com a call and they have told me that it takes the device

45 to 60 business days to receive that would put you at around April or May of 2022.

On this day and time, July 14, 2022, I was to receive copies of Grievance Reverences where I have requested copies of and haven't received them as of yet. The administrations of this facility are constantly deliberately refusing to send me the copies that I am requesting of, this is the reason Why am always missing the deadlines That the Honorable Edward S. Kiel, are setting up for me to send back to him.

On the above dates and times, 3/21/19/10/29/19, regarding ORPA Requests tracking#17236, to dept. of Corrections were denied. For item

1. According to my request medical records "any information related to medical, psychiatric, or psychological history diagnosis treatment or evaluation " request cannot be fulfilled as it does not adequately identify a particular government record(s) sought.

11 of

Pursuant to MAG Entertainment LLC V. division of Alcohol Beverage Control 375 N.J. Supper. 334 (App. Div. 2005), data, or statistic.

On this day and time, July 8, 2022, approximately around 8:00 a.m. to 10:00 a.m. I made a phone call, the phone rang back I went to answer the call, a resident by the name of Jimmy

Gurshack, beet me to the phone, his phone time had ended, he
answered the phone and started to talk, I went to grab the phone
from out of his hand, Officer Parsed, asked us to lock in. I
refused to lock in because I knew that I was in the right.
Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not
assault Mr. Gurshack, then multiple Officers came to the officer
rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs.
Lee, and I was set back to D. Wing, to be placed on TCC camorra
movement only.                    11 of

On this day and time, July 11, 2022, approximately, around
8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the
transportation Van, for to take me to St France Medical Center for a
medical trip. Before He came to escort me to the van, I asked Sgt.
John Doe, if I could take a shower before going on the trip, he
refused to allowing me to take that shower or changing my clothing.
This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me
filing a claim for missing property. The results of the claim are
denied for there was no cause for action needed from the NJDC. The
claim is invalid for the following reason: 1. No proof of negligence
on the part of ADTC/STU Staff. I believe that the reason that this
matter was invalid from the Assistant Superintendent Mr. Jeffery
Crothers, because 1. I have placed this claim in way before Mr.
Crothers, became assistant superintendent of the ADTC/STU. 2. I have
given them plenty of evidence's for proof that ADTC/STU staff are at
negligence in this matter. This statement is made for Claims # 102 -
104.

The Plaintiff Chappell T. Fladger, would like to file the
following reference grievances: On 12/23/21; STU2100754;
12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21;
STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354;
12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21;
STU21007287; 12/10/21; STU21007280; 12/23/21,

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T.
Fladger Approached Two Sgt's, Sgt, Burke, and a co-worker of his
I showed them an order signed the Hon. Edward S. Kiel, showing a
deadline that the deadline has been extended to January 07,2022,
I then asked them to have a Social Worker or Notary person to
come to the Scuth Unit, and notarize my documentations

Gurshack, beet me to the phone, his phone time had ended, he answered the phone and started to talk, I went to grab the phone from out of his hand, Officer Parsed, asked us to lock in. I refused to lock in because I knew that I was in the right. Officer Parsed, then called for a code 33, then Officer Parsed,

Said that I had assaulted Mr. Gurshack, I stated that I did not assault Mr. Gurshack, then multiple Officers came to the officer rescue, then the first hand that touched me I screamed out Rape, !

Then I was escorted to medical to be examined by the nurse Ms. Mrs. Lee, and I was set back to D. Wing, to be placed on TCC camorra movement only.                    11 of

On this day and time, July 11, 2022, approximately, around 8:00a.m. To 11:00 a.m. A First Shift Sgt. John Doe escorted me to the transportation Van, for to take me to St France Medical Center for a medical trip. Before He came to escort me to the van, I asked Sgt. John Doe, if I could take a shower before going on the trip, he refused to allowing me to take that shower or changing my clothing. This is captured on the security video footage.

On February 1, 22, is the response from Mr. Jeffery Crothers from me filing a claim for missing property. The results of the claim are denied for there was no cause for action needed from the NJDC. The claim is invalid for the following reason: 1. No proof of negligence on the part of ADTC/STU Staff. I believe that the reason that this matter was invalid from the Assistant Superintendent Mr. Jeffery Crothers, because 1. I have placed this claim in way before Mr. Crothers, became assistant superintendent of the ADTC/STU. 2. I have given them plenty of evidence's for proof that ADTC/STU staff are at negligence in this matter. This statement is made for Claims # 102 - 104.

The Plaintiff Chappell T. Fladger, would like to file the following reference grievances: On 12/23/21; STU2100754; 12/20/21; STU21007477; 12/20/21; STU21007476; 12/20/21; STU21007472; 12/14/21; STU21007375; 12/13/21; STU21007354; 12/11/21; STU21007304; 12/11/21; STU21007301; 12/11/21; STU21007287; 12/10/21; STU21007280; 12/23/21,

ON approximately 8:45 a.m. I the Plaintiff Mr. Chappell T. Fladger Approached Two Sgt's, Sgt, Burke, and a co-worker of his I showed them an order signed the Hon. Edward S. Kiel, showing a deadline that the deadline has been extended to January 07,2022, I then asked them to have a Social Worker or Notary person to come to the Scuth Unit, and notarize my documentations

On 12/21/21, The South Unit on Quarantine, so they had locked down the unit, that meant that I was in my cell in this unhealthy condition and I had to eat my food in this condition.

On 12/14/21, My player is unresponsive, and I am looking for to have it sent back to you, under warranty. How do I send it back to you.

On 12/14/21 JPay Response:

Thank you for contacting JPay Support Representatives. Your request all of the attention it deserves. Every request is reviewed on a first come first serve basis, and appreciate your patience while we reach your issue. We know how inconvenient waiting for a reply can be.

13 of

You have our commitment that our support team is doing everything we can to minimize delays. Thank You and you'll be hearing from us soon.

Response:

This request has already been addressed Written By A. Varriale:

In that legal Envelope that I was speaking on in the above reference grievance it was informing me that the defendant Sgt. J. Ng, attorney did not receive my Discovery request information.

On today 12/11/21 I received Legal Mail through the regular mail.

First of all, No! Residents are to handle other resident's mail. Officer Valentine, his co-work who was assigned to work the South Unit, allowed another resident by the name Carton Green, to pass out the mail and this one of the reasons why I believe that I haven't been receiving my mail, Legal or otherwise. The legal mail was placed under my cell door along with other mail. After my cell was opened after count was clear, that's when I started to exit. This is when I notice the mail. I took one look at the mail and notice that the legal mail envelope was open with my presence.

RESPONSE: 12/14/21 Written by Sgt. Socolof:

Continue:

STU21007276: to sign off on a consent form for to go on a medical trip last week. Whenever, the medical department has you to sign a consent form on any Sunday, which means that you will be going on a trip that following week, starting from that Monday to that Friday.

RESPONSE: 12/14/21 by A Varriale:

To: Nurse Maureen!

This is just for back up. I was on the South Unit, playing a game with another resident. When another resident called me and said to me that Officer Kennedy, was waiting for me to escort me to medical. I asked Officer Kennedy if he had called for me to be escorted to medical, he said No! The resident kept calling me saying that Officer

Kennedy, was here to escort me to medical. I asked Officer Kennedy, again was he here on the Unit, to escort me to medical; he said No! again.

I have been asking Dr. Sondra Connolly, to assign me a personal Wheelchair ever since she started working for the Rutgers University Health Care. (RUHC), until I can get a subpoena from The Hon. Edward S. Kiel.

14 of

I gave Mr. Fancies Raso, a call again and did not get through to have the discovery date extended. Approximately 3 minutes later I gave my public defender Alford Egenhofer, a message for him to giving Mr. Frances Raso, a call in my behalf to receive his permission to extending the discovery End Date, and to give me a call once he received his permission.

On this day and time, 08 - 27 - 22, at, around, 8:P.M. I notice that my stereo wires to my speakers were cut, by SOD. Team, when they were here on 08-27-22.

The Rutgers University Correctional Health Care staff members are failing to provide me with adequate Medical, and Mental Treatment, for the last past 8 years that I have been here at 8 Production Way, during the summer they would have the heat running, and during the winter they would have the air conditioning running, by them doing these Two things throughout the 8 years I have come down with arthritis, swelling of the legs, obesity, hypotension, diabetic, sleep apnea, lower lumbar spinal pulled disc, and being mildly mental retardation.

They also are failing to provide me with medical equipment's that a Dr. S. Connelly, has written a counsel for me to start using and I have not received the medical equipment's as of the present time.

On this day and time, 07 - 09 -22 around between 1:00 P.M. and
2:00 I had asked Corrections Police Office Prasad, to place me in one
of the times mentioned above sot, I made a call, the call returned on
another phone line, I went to answer the call and resident Jimmy
Grushack, beet me to the phone. I asked him to give me the Phone for I
knew that the phone call was for me; I went to reach for the receiver
and Officer Prasad, said that I hit Resident Jimmy Gurshack, I said No
I didn't, then Resident Jimmy Grushack, even stated to officer Prasad,
that I did not hit him, Officer Prasad, called for a false code 33,
multiple Officer arrived to the code along with the Supervisor Sargent
Applegate, I stated do not spry me, and I do not want to be touched, I
can go to the ground myself, but because I am old I just cannot throw
myself to the ground.

On this day and time, 07 - 12 - 22 around 8:00 a.m. after the
above statement and being placed on TCC. Status along with camera
movement only I went on a medical trip, before Central Transport
arrived with an ambulance driver, I asked area Sargent John Doe if I
could take a shower before going on the trip. I asked him Twice, the
Sargent refused to allow me to take the shower.

Please accept these formal Reference Grievances in support of my
Summary Judgment Motion. Reference Grievances No. are listed as
follows:

STU22004649 STU22003430 STU22003324 STU22003300 STU22003109
STU22003087 STU22003082 STU22003063 STU22003060 STU22002883
STU22004581 STU22003985 STU22003931 STU22003925 STU22003910
STU22003899 STU22003872 STU22003849 STU22003609 STU22003605
STU22003583 STU22003437 STU22003433 STU22002880 STU22002868

STU22002867 STU22002859 STU22002669 STU22002590 STU22002576

STU22002473 STU22002432 STU22002307 STU22002241

15 of

IV INJURY NONE


V. RELIEF

PLAINTIFF SUIT THE SPECIAL TREATMENT UNIT AND THE DEFENDANT AND THE MEDICAL DEPARTMENT AND CORRECIONAL DEPARTMENT OF NEW JERSEY AND DEPARTMENT HUMAN SERVICE OF MENTAL HEALTH AND THE STATE OF NEW JERSEY FOR THE COUNT OF 350,000,00.



